William A. TACCINO, Plaintiff-Appellant,

v.

Patrick MORRISEY; Sue Robey; J. Courrier; Joe E. Miller; James Davis; Trooper John Droppleman; Nelson Michael; Michael Shay; Keith Bradshaw; Bridget Cohee; Tracey B. Eberling; Jason P. Foster; Ralph Brady, Defendants-Appellees.

No. 17-1507

United States Court of Appeals, Fourth Circuit.

Submitted: September 19, 2017

Decided: October 3, 2017

William A. Taccino, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Taccino v. Morrisey*, No. 3:16-cv-00164-GMG-RWT, 2017 WL 1074285 (N.D.W. Va. Mar. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*